UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KASEY FREDERICK HOFFMANN and
CASEY MARIE SIMONI,
        Plaintiffs,
    v.
KEVIN JONES, et al.,
        Defendants.
                                     /

No. C 15-3524 NC (PR)

**ORDER OF TRANSFER**

Plaintiffs have filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against defendants, officials at Lassen Adult Detention Facility in Susanville, California.[1] Susanville is located in Lassen County, which is within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). There is no allegation that either defendant resides, or that any of the events or omissions giving rise to the complaint occurred, in the Northern District. Venue therefore is proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to transfer the case forthwith. In view of the transfer, the Court will not rule upon plaintiffs' request for leave to proceed in forma pauperis.

IT IS SO ORDERED.

DATED: August 17, 2015

NATHANAEL M. COUSINS
United States Magistrate Judge

---

[1] Plaintiff has consented to magistrate judge jurisdiction. (Compl. at 4.)